UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH T. HILL, III., | No. 2:17-cv-0628 GGH P |
| Petitioner, | |
| v. | ORDER |
| MARK C. KIM, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. This court will not rule on petitioner's request to proceed in forma pauperis.

Petitioner is presently incarcerated at California Men's Colony in San Luis Obispo. He is serving a sentence for a conviction rendered by the Los Angeles County Superior Court.

The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). In the instant case, both petitioner's conviction and his place of incarceration occurred in an area covered by the District Court for the Central District of California.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

1

2. This matter is transferred to the United States District Court for the Central District of California.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

Dated: March 28, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Hill.628.Tfr.

2